UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CATHY MILLER

VERSUS

CIVIL ACTION

NO. 08-97-C

DEPUTY JOHN GAUDET, ET AL

O R D E R

A Motion for Summary Judgment by John Gaudet, Brent Allain, and Iberville Parish Sheriff's Department was filed in this matter on November 12, 2008.

Local rule 7.5M states, in part, as follows:

> "Each respondent opposing a motion shall file a response, including opposing affidavits, memorandum, and such supporting documents as are then available, within 20 days after service of the motion. Memoranda shall contain a concise statement of reasons in opposition to the motion, and a citation of authorities upon which the respondent relies."

Considering the plaintiff's "First Memorandum in Opposition to Motion for Summary Judgment" was filed on February 9, 2009,

IT IS ORDERED that the plaintiff's opposition memorandum (rec.doc.15) be STRICKEN from the record as being untimely.

IT IS FURTHER ORDERED that the order granting leave to file a response to the plaintiff's opposition (rec. doc. 17) be vacated and that the reply to the memorandum in opposition to the motion for summary judgment (rec. doc. 18) also be

STRICKEN from the record.

Baton Rouge, Louisiana, March  //  , 2009.

											RALPH E. TYSON, CHIEF JUDGE
											UNITED STATES DISTRICT COURT