UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CATHY MILLER                                         CIVIL ACTION

VERSUS

DEPUTY JOHN GUDET, ET AL               NO. 08-97-C

## J U D G M E N T

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the motion for summary judgment filed by defendants, Deputy John Gaudet, Sheriff Brent Allain, and the Iberville Parish Sheriff's Department, is granted and judgment is entered in favor of defendants and against plaintiff, Cathy Miller, and this matter is dismissed at cost.

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, February  11  , 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA